IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:21-CV-382-BO

| | |
|---|---|
| CONNIE R. MITCHELL, | ) |
| Plaintiff, | ) |
| v. | ) **AMENDED SCHEDULING ORDER** |
| ATI INDUSTRIAL AUTOMATION, INC., | ) |
| Defendant. | ) |

This matter is before the court on the consent motion to modify scheduling order [DE-29] filed by defendant. For good cause shown for the reasons stated in the consent motion, the motion is GRANTED. The scheduling order entered on January 3, 2022 [DE-14], previously modified on August 3, 2022 [DE-20], November 2, 2022 [DE-23], and December 19, 2022 [DE-28], is modified as follows:

1. The Rule 30(b)(6) deposition of defendant shall take place on **January 10, 2023**.

2. All discovery shall be completed no later than **January 12, 2023**.

3. All potentially dispositive motions shall be filed by **February 13, 2023**.

4. The trial date and related deadlines will be set in a separate order by United States District Judge Terrence W. Boyle. However, the court reserves the right to schedule the case for trial as soon as 30 days after the dispositive motion deadline.

All portions of the scheduling order entered on January 3, 2022 [DE-14], not modified herein, remain in place.

SO ORDERED, the 28th day of December, 2022.

_____
Brian S. Meyers
United States Magistrate Judge