UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| CONNIE MITCHELL, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | **JUDGMENT IN A CIVIL CASE** |
| | ) | **CASE NO. 5:21-CV-382-BO** |
| ATI INDUSTRIAL AUTOMATION, | ) | |
| INC., | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that defendant's motion [DE 32] for summary judgment is GRANTED.


This Judgment filed and entered on July 12, 2023, and copies to:

| | |
|---|---|
| Dawn T. Mistretta | (via CM/ECF electronic notification) |
| Robert A. Smith | (via CM/ECF electronic notification) |
| Stanley B. Green | (via CM/ECF electronic notification) |
| Lindsey Bullard | (via CM/ECF electronic notification) |
| Dalton Blair Green | (via CM/ECF electronic notification) |
| Kevin Scott Joyner | (via CM/ECF electronic notification) |


July 12, 2023                    PETER A. MOORE, JR.
                                 Clerk of Court


                                 By:  /s/ Nicole Sellers
                                      Deputy Clerk